George P. Taylor, appellee, v. National Railways Advertising Company, appellant. Gen. No. 27,167.

Actions for commissions on sales made by plaintiff while in defendant's employ as an advertising solicitor. Judgment for plaintiff for $5,372.80. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in this court at the October term, 1921. Reversed and judgment here for plaintiff

for $2,918.03. Opinion filed October 30, 1922. Rehearing denied November 13, 1922.

Newman, Poppenhusen, Stern & Johnson, for appellant; Lawrence A. Cohen and Henry Jackson Darby, of counsel. Martin, Casler & Sheehan, for appellee.

Mr. Justice Dever delivered the opinion of the court.